405 F.2d 500
 UNITED STATES of America, Appellant,
v.
PARKWAY TOWERS, INC., Appellee.
 No. 12703.
 United States Court of Appeals Fourth Circuit.
 Argued Dec. 3, 1968.
Decided Jan. 24, 1969.
 
 ORDER Kellam, Judge.
 Clyde O. Martz, Asst. Atty. Gen., Roger P. Marquis and Edmund B. Clark, Attys., Department of Justice, and Claude V. Spratley, Jr., U.S. Atty., and Alfred W. Swerksy, Asst. U.S. Atty., on brief, for appellant.
 William L. Person, Jr., Williamsburg, J. R. Zepkin, Williamsburg, on brief), for appellee.
 Before HAYNSWORTH, Chief Judge, and SOBELOFF and BRYAN, Circuit judges.
 PER CURIAM:
 
 
 1
 For the reasons stated in the memorandum of the District Court, D.C., E.D.Va., 282 F.Supp. 341, the judgment is affirmed.
 
 
 2
 Affirmed.